UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL MALOTT,

    Plaintiff,

v.

UNKNOWN LACROSSE, et al.,

    Defendants.
_____/

Case No. 2:17-cv-79

HON. JANET T. NEFF

# ORDER

This is a prisoner civil action. Defendants filed a Motion to dismiss (ECF No. 34). Plaintiff filed Motions for a new deposition and to dismiss counsel (ECF Nos. 33, 37). These matters were referred to the Magistrate Judge, who issued a Report and Recommendation on September 12, 2018, recommending that the motions be denied. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 40) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to dismiss (ECF No. 34) and the Motions for a new deposition and to dismiss counsel (ECF Nos. 33, 37) are DENIED.

**IT IS FURTHER ORDERED** that Plaintiff is ordered to pay the Court Reporter costs, which include the cost of the transcript used in the motion.

Dated: October 10, 2018

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge